**EXHIBIT "1"**

## Good Faith Estimate of Settlement Costs

| Lender | Loan Number |
|---|---|
| WELLS FARGO BANK, N.A. | 0158912931 |

| Applicant(s) | | Loan Type | Date |
|---|---|---|---|
| GRANT A GOMEZ | LANIE L GOMEZ | ARM51 | 02/22/2007 |
| | | Sales Price N/A | Mortgage Amount $288,000.00 |

| Property Address | Interest Rate 6.000% |
|---|---|
| 13036 E 50TH ST SCOTTSDALE AZ, 85254 | |

### ESTIMATED MONTHLY PAYMENT

| | | | |
|---|---|---|---|
| P&I or Int Only Payment | $ 1,440.00 | Mortgage Insurance | $ .00 |
| Hazard Insurance | $ 66.00 | Taxes | $ .00 |
| | | Total monthly payment | $ 1,506.00 |

### ITEMS PAYABLE IN CONNECTION WITH LOAN

| | |
|---|---|
| 0801 LOAN ORIGINATION FEE 0.000% | $ .00 |
| 0802 LOAN DISCOUNT 0.000% | $ .00 |
| 0808 BROKER FEE | $ .00 |
| 0810 PROCESSING FEE | $ 325.00 |
| 0811 FLOOD LIFE OF LOAN | $ 19.00 |
| 0815 APPLICATION FEE | $ 495.00 |
| 0819 UNDERWRITING FEE | $ 385.00 |
| 0901 INTEREST FOR 16 DAYS @ $ 47.34 PER DAY** | $ 757.44 |
| 0902 MORTGAGE INSURANCE PREMIUM | |
| 0905 TAX SERVICE | $ 78.00 |

### TITLE COMPANY CHARGES

| | |
|---|---|
| 1101 SETTLEMENT OR CLOSING FEE | $ 488.00 |
| 1108 TITLE INSURANCE* | $ 989.09 |
| 1113 TITLE ENDORSEMENTS | $ 100.00 |

### GOVERNMENT RECORDING & TRANSFER CHARGES

| | |
|---|---|
| 1201 RECORDING FEE | $ 55.00 |

### ADDITIONAL SETTLEMENT CHARGES

| | |
|---|---|
| 1303 TITLE CO. RECONVEYANCE FEE (IF REQUIRED) | $ 90.00 |
| 1305 OTHER | $ .00 |
| 1311 CLOSING AGENT COURIER/FAX/EDD/WIRE | $ 100.00 |
| ESTIMATED TOTAL (Excluding Escrow Reserves) | $ 3,881.53 |

### ESCROW RESERVES (ESTIMATED)

| | |
|---|---|
| 1002 Mortgage Insurance Escrow 0 months @ $ 0.00 per month | $ .00 |
| 1003 Tax and Assessment Reserves | $ .00 |
| 1009 Aggregate Accounting Adjustment*** | $ .00 |

*Title Insurance. This estimate represents the costs of title insurance to protect the Lender only. If you choose to purchase an Owner's title insurance policy to protect your Interests in the property, the cost of the Lender's and Owner's policy is estimated to be $916.50 and $1,285.00, respectively, for a total cost $2,201.50. These rates only apply when the Lender's and Owner's policies are purchased simultaneously from a participating title company. Contact your closing agent with questions.

** Prepaid Interest. Based on the interest rate quoted at time of application, multiplied by number of days from your estimated closing date to the end of the month.

***Aggregate Accounting Adjustment. Escrow reserves are calculated in accordance with the Real Estate Settlement Procedures Act (RESPA). RESPA methodology requires lenders to calculate each escrow deposit as a single item, then pooled as a group (in the aggregate). The Aggregate Adjustment is the difference (i.e., the credit to the consumer) between the single item analysis calculation and the aggregate methodology.

Page 1 of 2    RD115L Rev 10/22/01

**Good Faith Estimate Providers of Service**

The information provided on page 1 reflects estimates of the charges which you are likely to incur at the settlement of your loan. The fees listed are estimated -- the actual charges may be more or less. Your transaction may not involve a fee for every item listed.

The numbers listed beside the estimates generally correspond to the numbered lines contained on the HUD-1 Settlement Statement which you will be receiving at settlement. The HUD-1 Settlement Statement will show you the actual cost for items paid at settlement.

These estimates are provided pursuant to the Real Estate Settlement Procedures Act of 1974, as amended. Additional information can be found in the HUD Special Information Booklet "Settlement Costs and Helpful Information" provided by your Mortgage Broker or Lender.

**Particular Provider and Required Use Information.** The Lender requires the use of specific providers of certain services in connection with your loan. Listed below are the service providers from which the Lender will choose for your loan. The estimates on page 1 are based on the charges for these designated providers. The Lender has repeatedly required borrowers to use these providers within the past 12 months. Rels Credit and Rels Valuation are affiliates of the Lender.

**Credit Bureaus**

RELS CREDIT
1500 NW BETHANY BLVD #300
BEAVERTON, OR 97006
(877) 216-9150

EQUIFAX MTG SERVICES
P.O. BOX 740006
ATLANTA, GA 30374-0006
(800) 446-5218

**Appraisal Services**

LENDER'S SERVICE, INC.
700 CHERRINGTON PARKWAY
CORAOPOLIS, PA 15108-4306
(800) 722-0300

RELS VALUATION
800 LASALLE AVENUE, #1000
MINNEAPOLIS, MN 55402-2021
(800) 825-8483

**Flood Zone Determination Services**

WELLS FARGO FLOOD SERVICE
600 S HWY 169, 12TH FLOOR
ST. LOUIS PARK, MN 55426
(800) 805-9423

FLOOD DATA SERVICES, INC.
11902 BURNET ROAD, #400
AUSTIN, TX 78758-2902
(800) 447-1772

**Document Preparation Services for Loans with a Property Address in Texas**

BROWN, FOWLER & ALSUP
10333 RICHMOND, #860
HOUSTON, TX 77042
(713) 468-0400

**Tax Service Vendors**

WELLS FARGO REAL ESTATE TAX SERVICES, LLC
1 HOME CAMPUS X2502-011
DES MOINES, IA 50328-0001
(800) 499-4829

FIRST AMERICAN REAL ESTATE INFORMATION SERVICES, INC
1400 CORPORATE DRIVE
IRVING, TX 75038
(800) 588-7770

**Title Guaranty Certificate for loans with a Property Address in Iowa**

TITLE GUARANTY DIVISION
IOWA FINANCE AUTHORY
200 EAST GRAND AVE. #350
DES MOINES, IA 50309
(515) 242-4989

**If the subject property is located in New York.**
The Lender will require that a New York law firm satisfactory to Lender be designated to represent the Lender and provide the closing/settlement services. The estimated settlement or closing fee is based on the estimated charges of New York firms with whom the Lender has relationships. The Lender has repeatedly required borrowers to use the services of a New York law firm within the last 12 months.

**If mortgage insurance is required**
The Lender will designate a mortgage insurance company from an approved list to provide private mortgage insurance. The estimated mortgage insurance premium is based on the estimated charges of the designated provider. The Lender has repeatedly required borrowers to use the services of one of the providers within the last 12 months.

# EXHIBIT "2"

| A. U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT SETTLEMENT STATEMENT | | B. TYPE OF LOAN FILE AND OMB No. 2502-0265 | |
|---|---|---|---|
| TICOR Title Agency of Arizona, Inc. 7047 E. Greenway Parkway, Suite 190 Scottsdale, AZ 85254 | | 1. ☐ FHA CORRECTED COPY CHANGE SIGNED ORIGINAL CONV. UNINS. 4. ☐ VA BY TICOR TITLE AGENCY INS. ARIZONA, INC. | |
| | | 6. ESCROW FILE NUMBER: 84009291-028-DJC | 7. LOAN NUMBER: 65007802701998 |
| PRE-AUDIT MAY CHANGE WITHOUT NOTICE | | 8. MORTGAGE INSURANCE CASE NUMBER: | |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(P.O.C.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. NAME OF BORROWER: | GRANT A. GOMEZ and LANIE L. GOMEZ |
|---|---|
| ADDRESS OF BORROWER: | 5011 E Pershing Ave Scottsdale, AZ 85254 |
| E. NAME OF SELLER: | |
| ADDRESS OF SELLER: | |
| F. NAME OF LENDER: | Wells Fargo Bank, N.A. |
| ADDRESS OF LENDER: | 12641 N Tatum Blvd, Phoenix, AZ 85032 |
| G. PROPERTY LOCATION: | 13036 NORTH 50TH STREET SCOTTSDALE, AZ 85254 Maricopa |
| H. SETTLEMENT AGENT: | TICOR Title Agency of Arizona, Inc. |
| PLACE OF SETTLEMENT: | 7047 E. Greenway Parkway,, Suite 190, Scottsdale, AZ 85254 |
| I. SETTLEMENT DATE: 03/01/2006 | PRORATION DATE: 03/02/2006   FUNDING DATE: 03/02/2006 |

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| **100. Gross Amount Due From Borrower:** | | **400. Gross Amount Due To Seller:** | |
| 101. Contract Sales Price | | 401. Contract Sales Price | |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to Borrower (line 1400) | 731.60 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments For Items Paid By Seller In Advance: | | Adjustments For Items Paid By Seller In Advance: | |
| 106. City/Town Taxes | | 406. City/Town Taxes | |
| 107. County Taxes | | 407. County Taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 113. | | 413. | |
| 114. | | 414. | |
| 115. | | 415. | |
| 120. Gross Amount Due from borrower: | 731.60 | 420. Gross Amount Due to Seller | |
| **200. Amounts Paid by or in behalf of Borrower:** | | **500. Reductions In Amount Due To Seller:** | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 248,500.00 | 502. Settlement charges to Seller (line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments For Items Unpaid By Seller: | | Adjustments For Items Unpaid By Seller: | |
| 210. City/Town Taxes | | 510. City/Town Taxes | |
| 211. County Taxes | | 511. County Taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. Total Paid By/For Borrower | 248,500.00 | 520. Total Reductions In Amount Due Seller | |
| **300. Cash at Settlement from/to Borrower:** | | **600. Cash at Settlement to/from Seller:** | |
| 301. Gross amount due from Borrower (line 120) | 731.60 | 601. Gross amount due to Seller (line 420) | |
| 302. Less amount paid by/for Borrower (line 220) | 248,500.00 | 602. Less reductions in amount due Seller (line 52 | |
| 303. Cash TO Borrower: | 247,768.40 | 603. Cash TO/FROM Seller: | 0.00 |

Hudc.rpt (08/16/2004)                                                                                              Printed by Dan Choiniere on 03/01/2006 at 08:24:08 AM

| | | OMB No. 2502-0265 |
|---|---|---|
| L. SETTLEMENT CHARGES: | ESCROW FILE NUMBER: | 84009291-025 DJC |

| | Paid from Borrower's Funds at Settlement | Paid from Seller's Funds at Settlement |
|---|---|---|
| **700. Total Sales/Broker's Commission:** | | |
| Based on Price $ @ % = | | |
| Division of Commission (line 700) follows: | | |
| 701. $         to | | |
| 702. $         to | | |
| $         to | | |
| 703. Commission paid at settlement | | |
| 704. | | |
| **800. Items Payable In Connection With Loan:** | | |
| 801. Loan Origination Fee | | |
| 802. Loan Discount Fee | | |
| 803. Appraisal Fee to   RELS Valuation | 375.00 | |
| 804. Credit Report to Wells Fargo Bank, N.A.        (Lender $1.00 POC) | | |
| 805. Lenders Inspection Fee | | |
| 806. Mortgage Insurance Application Fee | | |
| 807. Assumption Fee | | |
| 808. Servicer's Fee to Record to Wells Fargo Bank, N.A.   (Lender $4.42 POC) | | |
| 809. Flood Certification Fee to   Wells Fargo Flood Service | 6.60 | |
| 810. | | |
| 811. | | |
| **900. Items Required By Lender To Be Paid In Advance:** | | |
| 901. Interest | | |
| 902. Mortgage Insurance Premium | | |
| 903. Hazard Insurance Premium | | |
| 904. | | |
| 905. | | |
| **1000. Reserves Deposited With Lender:** | | |
| 1001. Hazard Insurance | | |
| 1002. Mortgage Insurance | | |
| 1003. City Property Taxes | | |
| 1004. County Property Taxes | | |
| 1005. Annual Assessments | | |
| 1006. | | |
| 1007. | | |
| 1008. Aggregate Adjustment   months @$ | | |
| **1100. Title Charges:** | | |
| 1101. Settlement or closing fee to TICOR Title Agency of Arizona, Inc. | 175.00 | |
| 1102. Abstract or title search | | |
| 1103. Title examination to TICOR Title Agency of Arizona, Inc. | 125.00 | |
| 1104. Title insurance binder | | |
| 1105. Document preparation | | |
| 1106. Notary Fees | | |
| 1107. Attorney's Fees | | |
| (includes above item numbers: ) | | |
| 1108. Title Insurance | | |
| (includes above item numbers: ) | | |
| 1109. Lender's coverage $  248,500.00 | | |
| 1110. Owner's coverage $ | | |
| Lender's coverage $ | | |
| Lender's coverage $ | | |
| 1111. FedEx/Courier to TICOR Title Agency of Arizona, Inc. | 20.00 | |
| 1112. | | |
| 1113. | | |
| **1200. Government Recording and Transfer Charges** | | |
| 1201. Recording Fees: | | |
| 1202. City/County tax/stamps | | |
| 1203. State tax/stamps | | |
| 1204. City Transfer Tax | | |
| 1205. County Transfer Tax | | |
| 1206. Recording Fee to TICOR Title Agency of Arizona, Inc. | 30.00 | |
| 1207. | | |
| **1300. Additional Settlement Charges:** | | |
| 1301. Survey to | | |
| 1302. Pest Inspection | | |
| 1303. | | |
| 1304. | | |
| 1305. | | |
| 1306. | | |
| 1307. | | |
| 1400. Total Settlement Charges (Enter on line 103,Section J -and- line 502, Section K) | 731.60 | 0.00 |

Hudc.rpt (08/16/2004)                                   Printed by Dan Choiniere on 03/01/2006 at 08:24:08 AM

| Attachments: | Escrow Number: | OMB No. 2502-0265<br>84009291-025 DJC |
|---|---|---|

**BREAKDOWN OF NEW LOANS**

| Description | Buyer Amount | Seller Amount |
|---|---|---|
| Wells Fargo Bank, N.A., 12641 N Tatum Blvd, Phoenix, AZ 85032, Loan# 65007802701998 | 248,500.00 | |
| Total of New Loans. | 248,500.00 | |

**HUD-1 Settlement Statement Certification**   Escrow Number: 84009291-025 DJC   OMB No. 2502-0265

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

**Buyers Signatures:**   **Sellers Signatures:**

_____
GRANT A. GOMEZ

_____
LANIE L. GOMEZ

Settlement Agent: _____   Date: 3/2/06

TICOR Title Agency of Arizona, Inc.

WARNING: It is a crime to knowingly make false statements to the United States on this or any similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

Hudc.rpt (08/16/2004)   Printed by Dan Choiniere on 03/01/2006 at 08:24:08 AM

# EXHIBIT "3"

# A. Settlement Statement

U.S. Department of Housing and Urban Development

OMB NO. 2502-0265 (Exp. 12-31-86)

| B. Type of Loan | | | | |
|---|---|---|---|---|
| 1. ☐ FHA  2. ☐ FmHA  3. ☒ Conv. Unins. | 6. File Number | 7. Loan Number | 8. Mortgage Insurance Case Number | |
| 4. ☐ VA  5. ☐ Conv. Ins. | | 0158912931 | | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name and Address of Borrower | E. Name and Address of Seller | F. Name and Address of Lender |
|---|---|---|
| GRANT A GOMEZ<br>LANIE L GOMEZ | REFINANCE | WELLS FARGO BANK, N.A.<br><br>P. O. BOX 5137<br>DES MOINES, IA 503065137 |

| G. Property Location | H. Settlement Agent | |
|---|---|---|
| 13036 E 50TH ST<br><br>SCOTTSDALE, AZ 85254 | AMERICAN LAND TITLE | |
| | Place of Settlement | I. Settlement Date<br>CLOS. DATE 03/01/07<br>DISB. DATE 03/07/07 |

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| 100. Gross Amount Due From Borrower | | 400. Gross Amount Due To Seller | |
| 101. Contract sales price | REFINANCE | 401. Contract sales price | REFINANCE |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | | 403. | |
| 104. Payoff of First Mortgage Loan | | 404. | |
| 105. Escrow Shortage | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes       to | | 406. City/town taxes       to | |
| 107. County taxes       to | | 407. County taxes       to | |
| 108. Assessments       to | | 408. Assessments       to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. Gross Amount Due From Borrower | | 420. Gross Amount Due To Seller | |
| 200. Amounts Paid By Or In Behalf of Borrower | | 500. Reductions In Amount Due To Seller | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 288,000.00 | 502. Settlement charges to seller (line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. Lender Credit | 150.00 | 507. | |
| 208. | | 508. | |
| 209. Escrow Balance Credit | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes       to | | 510. City/town taxes       to | |
| 211. County taxes       to | | 511. County taxes       to | |
| 212. Assessments       to | | 512. Assessments       to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. Total Paid By/For Borrower | | 520. Total Reduction Amount Due Seller | |
| 300. Cash At Settlement From/To Borrower | | 600. Cash At Settlement To/From Seller | |
| 301. Gross amount due from borrower (line 120) | | 601. Gross amount due to seller (line 420) | |
| 302. Less amounts paid by/for borrower (line 220) | ( ) | 602. Less reduction amount due seller (line 520) | ( ) |
| 303. Cash  ☐ From  ☐ To Borrower | | 603. Cash  ☐ To  ☐ From Seller | |

Previous Edition Is Obsolete

HUD-1 (3-86)
RESPA, HB 4305.2
FR052A  REV 12/19/2006

| Settlement Charges | 0158912931 | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|---|---|
| 700. Total Sales/Broker's Commission based on price $ @ % = | | | | |
| Division of Commission (line 700) as follows: | | | | |
| 701. $ to | | | | |
| 702. $ to | | | | |
| 703. Commission paid at Settlement | | | | |
| 704. | | | | |
| 800. Items Payable in Connection With Loan | | | | |
| 801. Loan Origination Fee | % TO: WELLS FARGO BANK, N.A. | | | |
| 802. Loan Discount | % TO: WELLS FARGO BANK, N.A. | | | |
| 803. Appraisal Fee | to RELS VALUATION | | 495.00 | |
| 804. Credit Report | to Rels Credit | | | |
| 805. Lender's Inspection Fee | | | | |
| 806. Mortgage Insurance Application Fee | to | | | |
| 807. Assumption Fee | | | | |
| 808. Mortgage Broker Fee | to | | | |
| 809. | | | | |
| 810. PROCESSING FEE | | | 325.00 | |
| 811. FLOOD LIFE OF LOAN | | | 19.00 | |
| 812. | | | | |
| 813. | | | | |
| 814. | | | | |
| 815. APPLICATION FEE | | | 495.00 | |
| 816. | | | | |
| 817. | | | | |
| 818. | | | | |
| 819. UNDERWRIT REV | | | 385.00 | |
| 820. | | | | |
| 821. | | | | |
| 822. | | | | |
| 823. | | | | |
| 824. | | | | |
| 825. | | | | |
| 900. Items Required By Lender To Be Paid In Advance | | | | |
| 901. Interest from 03/07/07 to 04/01/07 @$ 47.34 /day | | | 1183.50 | |
| 902. Mortgage Insurance Premium for | months to | | | |
| 903. Hazard Insurance Premium for | years to | | | |
| 904. | years to | | | |
| 905. | | | | |
| 1000. Reserves Deposited With Lender | | | | |
| 1001. Hazard Insurance | months@$ | per month | | |
| 1002. Mortgage Insurance | months@$ | per month | | |
| 1003. City property taxes | months@$ | per month | | |
| 1004. County property taxes | months@$ | per month | | |
| 1005. Annual Assessments | months@$ | per month | | |
| 1006. | months@$ | per month | | |
| 1007. | months@$ | per month | | |
| 1008. | months@$ | per month | | |
| 1009. Aggregate Accounting Adjustment | | | 0.00 | |
| 1100. Title Charges | | | | |
| 1101. Settlement or closing fee | to | | | |
| 1102. Abstract or title search | to | | | |
| 1103. Title examination | to | | | |
| 1104. Title insurance binder | to | | | |
| 1105. Document preparation | to | | | |
| 1106. Notary fees | to | | | |
| 1107. Attorney's fees | to | | | |
| (includes above items numbers; | | ) | | |
| 1108. Title insurance | to | | | |
| (includes above items numbers ; | | ) | | |
| 1109. Lender's coverage | $ | | | |
| 1110. Owner's coverage | $ | | | |
| 1111. | | | | |
| 1112. | | | | |
| 1119. | | | | |
| 1200. Government Recording And Transfer Charges | | | | |
| 1201. Recording fees: Deed $ ; Mortgage $ ; Releases $ | | | | |
| 1202. City/county tax/stamps; Deed $ ; Mortgage $ | | | | |
| 1203. State tax/stamps; Deed $ ; Mortgage $ | | | | |
| 1204. | | | | |
| 1205. | | | | |
| 1300. Additional Settlement Charges | | | | |
| 1301. Survey to | | | | |
| 1302. Pest inspection to | | | | |
| 1303. TAX SERVICE FEE TO WELLS FARGO REAL ESTATE TAX SERVICES, LLC | | | 78.00 | |
| 1304. | | | | |
| 1305. | | | | |
| 1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K) | | | | |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

_____   _____
Borrowers   GRANT GOMEZ / LANIE L COHEA    Sellers

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

_____   _____
Settlement Agent                    Date

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U. S. Code Section 1001 and Section 1010.